**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| BRUCE CAROL WELLS, JR., ) | NO. CV 14-3213-DDP(E) |
| Petitioner, ) | |
| v. ) | JUDGMENT |
| AMY MILLER, Warden, et al., ) | |
| Respondents. ) | |

Pursuant to the "Order of Dismissal,"

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED:  May 14, 2014.

_____
DEAN D. PREGERSON
UNITED STATES DISTRICT JUDGE